# Third District Court of Appeal
## State of Florida

Opinion filed May 1, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0565
Lower Tribunal No. 21-14610
_____

**Universal Property & Casualty Insurance Company,**
Appellant,

vs.

**Raymond Del Rey,**
Appellee.

An appeal from the Circuit Court for Miami-Dade County, Barbara Areces, Judge.

Link & Rockenbach, PA, Kara Rockenbach Link, and David A. Noel (West Palm Beach), for appellant.

McLuskey, McDonald & Hughes, P.A., John W. McLuskey, and John E. Hughes, III, and Lisa A. Riddle, and Lauri Waldman Ross, P.A., and Lauri Waldman Ross, for appellee.

Before FERNANDEZ, MILLER, and LOBREE, JJ.

PER CURIAM.

Affirmed.  See Bank of N.Y. Mellon v. Sandhill, 202 So. 3d 944, 945 (Fla. 5th DCA 2016); Bank of Am., N.A. v. Ribaudo, 199 So. 3d 407, 408 (Fla. 4th DCA 2016); Shelswell v. Bourdeau, 239 So. 3d 707, 709 (Fla. 4th DCA 2018); see also Kozel v. Ostendorf, 629 So. 2d 817, 818 (Fla. 1993).